# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 10-20039-CV-UNGARO/SIMONTON

Plaintiff: Diamond State Ins Co.

vs.

Defendant: HIS House, Inc., et al

For:
WILLIAMS, SCHIFINO, MANGIONE & STEADY P.
P.O. Box 380
Tampa, FL 33601

Received by LEGAL SERVICES INC. on the 11th day of January, 2010 at 2:06 pm to be served on **HIS HOUSE, INC. D/B/A HIS HOUSE CHILDREN'SHOME C/O JEAN CACERES-GONZALEZ, REG. AGENT, 20000 NW 47TH AVE., HECTOR BUILDING 2, OPA LOCKA, FL 33055**.

I, HAROLD M. COLON, do hereby affirm that on the **25th day of January, 2010** at **11:45 am**, I:

**CORPORATE:** served by delivering a true copy of the **21 DAY CIVIL ACTION SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF** with the date and hour of service endorsed thereon by me, to: **LILIANA GANUZA** as **DIRECTOR OF FINANCE** for **HIS HOUSE, INC. D/B/A HIS HOUSE CHILDREN'SHOME C/O JEAN CACERES-GONZALEZ, REG. AGENT**, at the address of: **20000 NW 47TH AVE., HECTOR BUILDING 2, OPA LOCKA, FL 33055**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
59-60 YEAR OLD HISP. FEMALE, SPOKE SPANISH.

I certify that I am not a party to the above action and over age eighteen. The server is certified in the county where the process was served and in good standing with the said court. I also certify that service was made in accordance with Florida Statutes 48.031 and Florida R.C.P.1.070 and Fed .Rule 4 (c),

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. F.S. 92.525 (2)

HAROLD M. COLON
CPS #1467

LEGAL SERVICES INC.
3809 Hanover Hill Drive
Valrico, FL 33594
(813) 629-1569

Our Job Serial Number: 2010000116

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f