IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:10-cv-20039-UNGARO

DIAMOND STATE INSURANCE COMPANY,

v.

HIS HOUSE, INC. d/b/a HIS HOUSE CHILDREN'S HOME and JOSSALYN D. CRAWFORD and MICHAEL A. COLEY, Personal Representatives of the Estate of M.C., a Minor Decedent,

    Defendants.
_____/

Mediator: Joel Levine
Judge: Ursula Ungaro
Per Court Order
Conference Date: November 11, 2010

## DISPOSITION OF MEDIATION CONFERENCE

THIS CAUSE, upon order of the court, having been submitted to Mediation before JOEL LEVINE, ESQ., Mediator, the disposition of the mediation conference is as follows:

ADJOURNED.

### Attendance

For Diamond State Insurance Co.: Colleen Elrod, Esq., and appearing by telephone, Diane Cruz

For His House, Inc.: Cristina Rodriguez, Esq., Liliana Ganuza

For Crawford and Coley: Levi Williams, Esq., Jossalyn Crawford, Michael Coley.

Respectfully Submitted:  _____

November 11, 2010     Joel Levine, Mediator

cc:   All Counsel of Record