Exhibit "B"

# Colleen Elrod

**From:** Colleen Elrod
**Sent:** Thursday, October 21, 2010 9:39 AM
**To:** 'CBRodriguez@ssd.com'
**Subject:** His House: Depo of Corporate rep of His House

Ms. Rodriguez,

I apologize for the delay. In response to your prior email, we wish to examine the representative of His House with the most knowledge of the following topics:

1. [M.C.];

2. The care of [M.C.];

3. The death of [M.C.];

4. Any investigations of the death of [M.C.];

5. Reports concerning or related to the death of [M.C.];

6. Communications of any type regarding the care and handling of [M.C.], her death, the investigation of her death or any claims arising from the death of [M.C.];

7. Any review or report of the handling of the [M.C.] case or the death of [M.C.];

8. The persons and entities involved in or responsible in any way for the handling or care of [M.C.];

9. His House, Inc. d/b/a His House Children's Home, Childnet, Inc., Our Kids of Miami-Dade/Monroe as they relate in any way to [M.C.], the death of [M.C.], the investigation of the death of [M.C.] or any claims arising from the death of [M.C.];

10. Any inquires, claims, demands and suit by Jossalyn Crawford, Michael Coley, the Estate of [M.C.] or their agents and attorneys regarding the death of [M.C.];

11. Any inquiries, claims, communication, oral or written, with AIG, Lexington, New Hampshire and any other insurance company and/or agent pertaining to the death of [M.C.] including but not limited to any claims, demands or suit by Jossalyn Crawford, Michael Coley, the Estate of [M.C.] or their agents and attorneys regarding the death of [M.C.];

11. Insurance available or potentially available to any person or entity for claims resulting from the death of [M.C.];

12. Any and all communications including but not limited to letters, emails, and notes of telephone calls between His House and the Florida Department of Children and Families, Childnet, Our Kids and any other person, entity or agency pertaining to [M.C.];

13. Any and all documents, letters, records, communications provided to Florida Department of Children and Families, His House, Inc. d/b/a His House Children's Home, Childnet, Inc., the State of Florida, and/or Our Kids of Miami-Dade/Monroe, Inc. by Jossalyn Crawford, Michael Coley, Levi Williams and/or the Estate of [M.C.] or their agents, attorneys or representatives pertaining to the death of [M.C.].

14. Any and all records of Kristen Glapsy including employment records, application, review, resume, training, certifications, background checks, reports of any nature related to her employment and any termination letters.

12/1/2010

Once we have finalized the dates for deposition, we will prepare a Notice of Deposition. If there are any changes or additions to the above list I will let you know.

As always, if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Colleen Elrod, Esq.
WILLIAMS SCHIFINO MANGIONE & STEADY P.A.
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
Phone: (813) 221-2626
Fax:    (813) 221-7335
celrod@wsmslaw.com
www.wsmslaw.com

P Please consider the environment before printing this email.

Confidentiality Notice: The information contained in this e-mail message is intended for the personal and confidential use of the recipient(s) designated above. This message may contain information that is protected by the attorney/client privilege, and/or some other legal privilege, and any unauthorized or inadvertent use, receipt, disclosure, dissemination or distribution of such information shall not waive any such privilege. If you are not an intended recipient of this message, and/or you have received this message in error, then please notify the sender at (813) 221-2626. Any unauthorized and/or unintended review, use, dissemination, distribution or reproduction of this message, or any of the information contained in it, is strictly prohibited.

IRS Circular 230: Pursuant to requirements of practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another person any tax-related matter.

Virus Disclaimer: Although our Firm attempts to scan e-mail and attachments for viruses, it does not guarantee that either is virus-free and accepts no liability for any damage sustained as a result of a virus.